# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0276
Lower Tribunal No. 2023-DR-005661-O

_____

JOSEPH STASSI,

Appellant,

v.

THAILY CAROLINA ACOSTA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Alison Kerestes, Judge.

July 1, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Ashley D. Parker, of Lindsey, Ferry & Parker, P.A., Maitland, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED